# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| I. GREGORY HODGES, CYNTHIA D. HODGES, DAN R. TAULBEE, REMER D. CLIFTON, JOHN T. HODGES, M.D., L. INMAN HODGES, SR., W.M. SHEPPARD PROPERTIES, LLLP, and L.A. WATERS FARM PROPERTIES, LLC, ) ) ) ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) KING AMERICA FINISHING, INC., MICHAEL ALBERT BEASLEY and WESTEX HOLDING COMPANY, ) ) ) ) ) Defendants. ) | Civil Action No. 6:12-cv-00073-LGW-GRS |

## ORDER

Before the Court is Plaintiffs' Motion to Stay Proceedings. Plaintiffs have moved that all proceedings in this case be stayed pending a ruling on Plaintiffs' Motion to Remand. In support of their Motion, Plaintiffs show that Defendants presently have a Motion to Dismiss pending. Plaintiffs have also referenced the requirements imposed by the Local Rules of this Court that would not be imposed upon the parties in the event Plaintiffs' Motion to Remand is granted. According to Plaintiffs, each of these reasons supports staying proceedings in this case until there has been a ruling on the Motion to Remand in the interest of economy to both the Court and the parties. In their Brief filed in support of their Motion to Stay, Plaintiffs have indicated that Defendants do not oppose the Motion to Stay.

FOR GOOD CAUSE SHOWN, Plaintiffs motion is hereby **GRANTED**. All proceedings and deadlines, including Plaintiffs' obligation to respond to Defendants' Motion to Dismiss and the

parties' obligation to participate in a Rule 26(f) Conference, are hereby stayed until such time as there has been a ruling upon Plaintiffs' Motion to Remand.

*SO ORDERED, THIS* 12th *DAY OF SEPTEMBER, 2012.*

HONORABLE G. R. SMITH
United States Magistrate Judge

Order prepared by:
George T. Major, Jr.
Georgia Bar No. 619608
OLIVER MANER LLP
218 West State Street
P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311